No. 1168, Misc. FLANAGAN v. CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 1169, Misc. POSTELL v. WILSON, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 715. ST. LOUIS MAILERS' UNION LOCAL No. 3 v. GLOBE-DEMOCRAT PUBLISHING CO., 382 U. S. 979;

No. 755. FRAZIER v. CALIFORNIA, 382 U. S. 988;

No. 169, Misc. STILTNER v. RHAY, PENITENTIARY SUPERINTENDENT, 382 U. S. 1012;

No. 746, Misc. ELDRIDGE v. UNITED STATES, 382 U. S. 994; and

No. 944, Misc. MUNDT ET AL. v. HOME FEDERAL SAVINGS & LOAN ASSOCIATION ET AL., 382 U. S. 1019. Petitions for rehearing denied.

No. 52. TEHAN, SHERIFF v. UNITED STATES EX REL. SHOTT, 382 U. S. 406. Petition for rehearing denied. THE CHIEF JUSTICE and MR. JUSTICE FORTAS took no part in the consideration or decision of this petition.

MARCH 7, 1966.

No. 1192, Misc. McDONALD v. RHAY, PENITENTIARY SUPERINTENDENT;

No. 1214, Misc. SMITH v. MAXWELL, WARDEN;

No. 1245, Misc. SMITH v. MYERS, CORRECTIONAL SUPERINTENDENT;

No. 1264, Misc. ROBINSON v. STATE HOSPITAL DIRECTOR; and

No. 1268, Misc. CUMMINGS v. FLORIDA. Motions for leave to file petitions for writs of habeas corpus denied.